AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Chris Martin | ) |
| :---: | :--- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:21-cv-00950 - FMO (PLAx) |
| City of Los Angeles; Officer FN Avila; Officer Henry Canjura; Detective Tony Fitzsimmons; and DOES 1 through 10 inclusive, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF LOS ANGELES
CLERK'S OFFICE
200 N. Spring Street, Room 395
Los Angeles, CA 90012

See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter L. Carr, IV (#256104) Na'Shaun L. Neal (#284280) Lauren K. McRae (#331296)
PLC LAW GROUP, APC
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone: (310) 400-5890
Facsimile: (310) 400-5895

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/02/2021_____    *Luis Hernandez*
*Signature of Clerk or Deputy Clerk*

Attachment A

CITY OF LOS ANGELES
CLERK'S OFFICE
200 N. Spring Street, Room 395
Los Angeles, CA 90012

OFFICER AVILA (Serial No. 30754, Badge No. 21842)
Los Angeles Police Department – Newton Community Police Station
3400 S Central Ave, Los Angeles, CA 90011

OFFICER HENRY CANJURA (Serial No. 41344)
Los Angeles Police Department – Newton Community Police Station
3400 S Central Ave, Los Angeles, CA 90011

DETECTIVE TONY FITZSIMMONS
Los Angeles Police Department – Newton Community Police Station
3400 S Central Ave, Los Angeles, CA 90011

Civil Action No. **2:21-cv-00950-FMO(PLAx)**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Officer Avila (Serial No.30754, Badge No.21842) was received by me on February 17, 2021.

Documents: **Summons & Complaint;Civil Case Cover Sheet;Notice of Assignment to U.S. Judges; Notice to Parties of Court-Directed ADR Program**

☑ I personally served the above documents on the individual at 3400 S. Central Avenue, Los Angeles, CA 90011 on February 19, 2021 2:06 PM

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the summons to **Vildosola #42478 - Officer Authorized to Accept**, who is designated by law to accept service of process on behalf of **Officer Avila (Serial No.30754, Badge No.21842)** on **February 19, 2021 2:06 PM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

*My fees are $ .00 for travel and $ 82.00 for services, for a total of $ 82.00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date: **February 19, 2021**

_____
*Server's signature*

**Robert Hall**
*Printed name and title*
*REG # 6932, County of Los Angeles*

**5080 California Avenue, Suite 425, Bakersfield, CA 93309**
*Server's Address*

Additional information regarding attempted service, etc:

ACS470102