**MICHAEL N.  FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS,** Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**J. EDWIN RATHBUN, JR.,** Deputy City Attorney (SBN 221804)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7041   Fax: (213) 978-8785
Email: edwin.rathbun@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, TONY FITZSIMMONS, FN AVILA and HENRY CANJURA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Martin, | CASE NO.  CV21-00950-FMO (PLAx) |
| | *Hon. Fernando M. Olguin, Ctrm. 6D, 6th Fl., 1st Street* |
| Plaintiff, | *Mag. Paul L. Abrams, Ctrm. 750, 7th Fl., Roybal* |
| v. | |
| | **DEFENDANTS FN AVILA AND HENRY CANJURA'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |
| City of Los Angeles, Officer FN Avila; Officer Henry Canjura; Detective Tony Fitzsimmons; and DOES 1 through 10 inclusive, | |
| Defendants. | |

   **TO THE HONORABLE FERNANDO M. OLGUIN, UNITED STATES DISTRICT COURT JUDGE, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD**

   COME NOW DEFENDANTS **FN AVILA and HENRY CANJURA** (hereinafter "Defendants" or "these answering Defendants"), answering Plaintiff's Complaint for Damages in the above-entitled action, and hereby admit, deny and allege as follows:

/ / /

/ / /

/ / /

## INTRODUCTION

1.    Answering Paragraph 1, Defendants deny the allegations contained therein.

2.    Answering Paragraph 2, as this paragraph does not contain any factual allegations, no answer is required.

## VENUE AND JURISDICTION

3.    Answering Paragraph 3, Defendant admits that Plaintiff is alleging that jurisdiction and venue are proper.

## PARTIES

4.    Answering Paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.    Answering Paragraph 5, Defendants admit that the City of Los Angeles is a city within the County of Los Angeles.

6.    Answering Paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.    Answering Paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8.    Answering Paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9.    Answering Paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10.    Answering Paragraph 10, Defendants deny the allegations contained therein.

11.    Answering Paragraph 11, Defendants deny the allegations contained therein.

/ / /

2

## **FACTS COMMON TO ALL COUNTS**

12.    Answering Paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13.    Answering Paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14.    Answering Paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15.    Answering Paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.    Answering Paragraph 16, Defendants deny the allegations, no answer is required.

17.    Answering Paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18.    Answering Paragraph 18, Defendants deny the allegations contained therein.

19.    Answering Paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.    Answering Paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21.    Answering Paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22.    Answering Paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23.    Answering Paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24.    Answering Paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25.    Answering Paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26.    Answering Paragraph 26, as this paragraph does not contain any factual allegations, no answer is required.

## FIRST CAUSE OF ACTION

## VIOLATION OF CIVIL RIGHTS - UNREASONABLE SEIZURE

## 42 U.S.C. § 1983

## (Against AVILA, CANJURA, and DOES 1 through 10, inclusive)

27.    Answering Paragraph 27, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

28.    Answering Paragraph 28, as this paragraph does not contain any factual allegations, no answer is required.

29.    Answering Paragraph 29 (a), Defendants deny the allegations contained therein.

29.    Answering Paragraph 29 (b), Defendants deny the allegations contained therein.

/ / /

30. Answering Paragraph 30, Defendants deny the allegations contained therein.

31. Answering Paragraph 31, Defendants deny the allegations contained therein.

32. Answering Paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering Paragraph 33, Defendants deny the allegations contained therein.

34. Answering Paragraph 34, Defendants deny the allegations contained therein.

**SECOND CAUSE OF ACTION**

**VIOLATION OF CIVIL RIGHTS – UNREASONABLE SEIZURE**

**42 U.S.C. § 1983**

**(Against AVILA, CANJURA, FITZSIMMONS and DOES 1 through**

**10, inclusive)**

35. Answering Paragraph 35, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

36. Answering Paragraph 36, as this paragraph does not contain any factual allegations, no answer is required.

37. Answering Paragraph 37 (a), Defendants deny the allegations contained therein.

37. Answering Paragraph 37 (b), Defendants deny the allegations contained therein.

37. Answering Paragraph 37 (c), Defendants deny the allegations contained therein.

37. Answering Paragraph 37 (d), Defendants deny the allegations contained therein.

37. Answering Paragraph 37 (e), Defendants deny the allegations contained therein.

38. Answering Paragraph 38, Defendants deny the allegations contained therein.

39.    Answering Paragraph 39, Defendants deny the allegations contained therein.

40.    Answering Paragraph 40, Defendants deny the allegations contained therein.

41.    Answering Paragraph 41, Defendants deny the allegations contained therein.

42.    Answering Paragraph 42, Defendants deny the allegations contained therein.

### THIRD CAUSE OF ACTION

### FIRST AMENDMENT RETALIATION

### 42 U.S.C. § 1983

**(Against AVILA, CANJURA, FITZSIMMONS and DOES 1 through 10, inclusive)**

43.    Answering Paragraph 43, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

44.    Answering Paragraph 44, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45.    Answering Paragraph 45, Defendants deny the allegations contained therein.

46.    Answering Paragraph 46, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47.    Answering Paragraph 47, Defendants deny the allegations contained therein.

48.    Answering Paragraph 48, Defendants deny the allegations contained therein.

49.    Answering Paragraph 49, Defendants deny the allegations contained therein.

50.    Answering Paragraph 50, Defendants deny the allegations contained therein.

51.    Answering Paragraph 51, as this paragraph does not contain any factual allegations, no answer is required.

/ / /

/ / /

/ / /

## FOURTH CAUSE OF ACTION

## CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

### 42 U.S.C. § 1985(3)

### (Against AVILA, CANJURA, FITZSIMMONS and DOES 1 through 10, inclusive)

52.    Answering Paragraph 52, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

53.    Answering Paragraph 53, Defendants deny the allegations contained therein.

54.    Answering Paragraph 54 (a), Defendants deny the allegations contained therein.

54.    Answering Paragraph 54 (b), Defendants deny the allegations contained therein.

54.    Answering Paragraph 54 (c), Defendants deny the allegations contained therein.

55.    Answering Paragraph 55, Defendants deny the allegations contained therein.

56.    Answering Paragraph 56, Defendants deny the allegations contained therein.

57.    Answering Paragraph 57, Defendants deny the allegations contained therein.

## FIFTH CAUSE OF ACTION

## EQUAL PROTECTION VIOLATION

### 42 U.S.C. §1983

### (Against AVILA, CANJURA, FITZSIMMONS and DOES 1 through 10, inclusive)

58.    Answering Paragraph 58, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

59.    Answering Paragraph 59, Defendants deny the allegations contained therein.

/ / /

7

60.     Answering Paragraph 60 (a), Defendants deny the allegations contained therein.

60.     Answering Paragraph 60 (b), Defendants deny the allegations contained therein.

60.     Answering Paragraph 60 (c), Defendants deny the allegations contained therein.

61.     Answering Paragraph 61, Defendants deny the allegations contained therein.

62.     Answering Paragraph 62, Defendants deny the allegations contained therein.

63.     Answering Paragraph 63, Defendants deny the allegations contained therein.

64.     Answering Paragraph 64, as this paragraph does not contain any factual allegations, no answer is required.

## SIXTH CAUSE OF ACTION

## MUNICIPAL LIABILITY FOR UNLAWFUL CUSTOM AND PRACTICE

## 42 U.S.C. § 1983

## (Against Defendant CITY)

65.     Answering Paragraph 65, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

66.     Answering Paragraph 66, as this paragraph does not contain any factual allegations, no answer is required.

67.     Answering Paragraph 67, Defendants deny the allegations contained therein.

68.     Answering Paragraph 68 (a), Defendants deny the allegations contained therein.

68.     Answering Paragraph 68 (b), Defendants deny the allegations contained therein.

68.     Answering Paragraph 68 (c), Defendants deny the allegations contained therein.

/ / /

68.    Answering Paragraph 68 (d), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (e), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (f), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (g), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (h), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (i), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (j), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (k), Defendants deny the allegations contained therein.

68.    Answering Paragraph 68 (l), Defendants deny the allegations contained therein.

69.    Answering Paragraph 69, Defendants deny the allegations contained therein.

70.    Answering Paragraph 70 (a), Defendants deny the allegations contained therein.

70.    Answering Paragraph 70 (b), Defendants deny the allegations contained therein.

70.    Answering Paragraph 70 (c), Defendants deny the allegations contained therein.

70.    Answering Paragraph 70 (d), Defendants deny the allegations contained therein.

/ / /

70.   Answering Paragraph 70 (e), Defendants deny the allegations contained therein.

70.   Answering Paragraph 70 (f), Defendants deny the allegations contained therein.

70.   Answering Paragraph 70 (g), Defendants deny the allegations contained therein.

71.   Answering Paragraph 71, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

72.   Answering Paragraph 72, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73.   Answering Paragraph 73, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

74.   Answering Paragraph 74, Defendants deny the allegations contained therein.

75.   Answering Paragraph 75, Defendants deny the allegations contained therein.

76.   Answering Paragraph 76, as this paragraph does not contain any factual allegations, no answer is required.

77.   Answering Paragraph 77, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

78.   Answering Paragraph 78, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

79.   Answering Paragraph 79, Defendants deny the allegations contained therein.

80.   Answering Paragraph 80, Defendants deny the allegations contained therein.

/ / /

81.   Answering Paragraph 81, as this paragraph does not contain any factual allegations, no answer is required.

## SEVENTH CAUSE OF ACTION

## NEGLIGENCE

## Cal. Govt. Code §§ 815.2(a), 820(a)

## (Against All Defendants)

82.   Answering Paragraph 82, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

83.   Answering Paragraph 83, Defendants deny the allegations contained therein.

84.   Answering Paragraph 84, Defendants deny the allegations contained therein.

85.   Answering Paragraph 85, Defendants deny the allegations contained therein.

## EIGHTH CAUSE OF ACTION

## ASSAULT AND BATTERY

## (Against All Defendants)

86.   Answering Paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

87.   Answering Paragraph 87, Defendants deny the allegations contained therein.

88.   Answering Paragraph 88, Defendants deny the allegations contained therein.

89.   Answering Paragraph 89, Defendants deny the allegations contained therein.

90.   Answering Paragraph 90, Defendants deny the allegations contained therein.

91.   Answering Paragraph 91, Defendants deny the allegations contained therein.

92.   Answering Paragraph 92, Defendants deny the allegations contained therein.

93.   Answering Paragraph 93, Defendants deny the allegations contained therein.

94.   Answering Paragraph 94, Defendants deny the allegations contained therein.

/ / /

/ / /

## NINTH CAUSE OF ACTION

## VIOLATION OF THE BANE ACT

### Cal. Civil Code §§ 52 and 52.1

### (Against All Defendants)

95.   Answering Paragraph 95, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

96.   Answering Paragraph 96, Defendants deny the allegations contained therein.

97.   Answering Paragraph 97, Defendants deny the allegations contained therein.

98.   Answering Paragraph 98, Defendants deny the allegations contained therein.

99.   Answering Paragraph 99, Defendants deny the allegations contained therein.

100.   Answering Paragraph 100, Defendants deny the allegations contained therein.

101.   Answering Paragraph 101, as this paragraph does not contain any factual allegations, no answer is required.

## TENTH CAUSE OF ACTION

## RALPH ACT

### Cal. Civil Code §51.7

### (Against All Defendants)

102.   Answering Paragraph 102, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

103.   Answering Paragraph 103, Defendants deny the allegations contained therein.

104.   Answering Paragraph 104, Defendants deny the allegations contained therein.

105.   Answering Paragraph 105, Defendants deny the allegations contained therein.

106.   Answering Paragraph 106, Defendants deny the allegations contained therein.

107.   Answering Paragraph 107, as this paragraph does not contain any factual allegations, no answer is required.

/ / /

## ELEVENTH CAUSE OF ACTION

### Intentional Infliction of Emotional Distress

### (Against All Defendants)

108.  Answering Paragraph 108, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their own answers provided herein to those paragraphs.

109.  Answering Paragraph 109 (a), Defendants deny the allegations contained therein.

109.  Answering Paragraph 109 (b), Defendants deny the allegations contained therein.

109.  Answering Paragraph 109 (c), Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

109.  Answering Paragraph 109 (d), Defendants deny the allegations contained therein.

109.  Answering Paragraph 109 (e), Defendants deny the allegations contained therein.

110.  Answering Paragraph 110, Defendants deny the allegations contained therein.

111.  Answering Paragraph 111, Defendants deny the allegations contained therein.

112.  Answering Paragraph 112, Defendants deny the allegations contained therein.

113.  Answering Paragraph 113, Defendants deny the allegations contained therein.

114.  Answering Paragraph 114, Defendants deny the allegations contained therein.

Answering the Prayer for Relief, Defendants deny that Plaintiff is entitled to any of the relief sought.

/ / /

/ / /

/ / /

/ / /

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

1.    Plaintiff's Complaint and each cause of action fails to state a valid cause of action or basis for recovery.

## SECOND AFFIRMATIVE DEFENSE

2.    The damages alleged were directly and proximately caused and contributed to by the negligence of the Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

3.    The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTH AFFIRMATIVE DEFENSE

4.    The individual Defendants are protected from liability under the doctrine of qualified immunity.

## FIFTH AFFIRMATIVE DEFENSE

5.    Defendant **CITY OF LOS ANGELES** is immune from the imposition of punitive damages.

## SIXTH AFFIRMATIVE DEFENSE

6.    Plaintiff has failed to mitigate his damages.

## SEVENTH AFFIRMATIVE DEFENSE

7.    Defendants are immune from liability for all damage sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1496 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal.App.3d 579 (1981).

## EIGHTH AFFIRMATIVE DEFENSE

8.    This action is barred by the doctrine of collateral estoppel.

**NINTH AFFIRMATIVE DEFENSE**

9.    This action is barred by the doctrine of res judicata.

**TENTH AFFIRMATIVE DEFENSE**

10.    As to the California state claims and theories of recovery, Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815, 815.2(b), 818, 818.2, 818.8, 820.2, 820.4, 820.8, 820.9, 821.4, 821.6, 822.2, 835.4, 845 and 846.

Civil Code § 43.55.

Penal Code §§ 836.5 and 847.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1.    That Plaintiff take nothing by way of this action;

2.    That the action be dismissed;

3.    That Defendants be awarded costs of suit;

4.    That Defendants be awarded other and further relief as the Court may deem just and proper including an award of attorney's fees pursuant to 42 U.S.C. 1988.

# DEMAND FOR JURY TRIAL

Defendants demand and request a trial by jury in this matter.

Dated: March 17, 2021

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Atty.
**SCOTT MARCUS,** Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____/S/ J. Edwin Rathbun, Jr._____
**J. EDWIN RATHBUN, JR.**, Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES, TONY FITZSIMMONS, FN AVILA and HENRY CANJURA**