# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER FN AVILA; OFFICER HENRY CANJURA; DETECTIVE TONY FITZSIMMONS; and DOES 1 through 10 inclusive,<br><br>Defendants | CASE NO. 2:21-CV-00950-FMO-PLAx<br><br>**STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: November 23, 2021

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1