**MICHAEL N. FEUER,** City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**HASMIK BADALIAN COLLINS**, Deputy City Attorney (SBN 255839)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-8722   Fax: (213) 978-8785
Email: Hasmik.Collins@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, TONY FITZSIMMONS, JAMIE AVILA and HENRY CANJURA**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Martin,<br><br>              Plaintiff,<br><br>       v.<br><br>City of Los Angeles, Officer FN Avila; Officer Henry Canjura; Detective Tony Fitzsimmons; and DOES 1 through 10 inclusive,<br><br>              Defendants. | **CASE NO. CV21-00950-FMO (PLAx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D, 6th Fl., 1st Street*<br>*Mag. Paul L. Abrams, Ctrm. 750, 7th Fl., Roybal*<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

Please be advised that Plaintiff Chris Martin and Defendant City of Los Angeles have reached a settlement in this action. The individual defendants are to be dismissed. The amount of the settlement **does not** require the approval of the Los Angeles City Council, but the parties are required to fully execute a written Release Agreement regarding the terms of the settlement. Thereafter, the City Attorney's Office will request the settlement draft from the appropriate City Department. Defense counsel anticipates it may take up to four (4) weeks to obtain the settlement draft after the written Release has been executed. The Parties will file a Notice of Dismissal within 48 hours of the preparation of the settlement draft.

In light of the settlement between the above-referenced parties, the Parties respectfully request that the Court issue an order vacating all pending dates but retain jurisdiction over this matter until the settlement agreement is approved and the parties file a formal Notice of Dismissal.

Dated: April 13, 2022

**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:  /S/ *Hasmik Badalian Collins*
**HASMIK BADALIAN COLLINS**, Deputy City Atty.

*Attorneys for Defendants,* **CITY OF LOS ANGELES, TONY FITZSIMMONS, JAMIE AVILA and HENRY CANJURA**

DATED:  April 13, 2022

PLC LAW GROUP, APC

By:  */s/Na'Shaun L. Neal*
PETER L. CARR, IV
NA'SHAUN L. NEAL
LAUREN MCRAE
Attorneys for Plaintiff Chris Martin

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that other signatories listed, and on whose behalf the filing is submitted, concur in the filing content and have authorized the filing. */s/ Hasmik Badalian Collins*